# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KYLE B. PIERCE,                          :    No. 33 MM 2016
                                         :
              Petitioner                 :
                                         :
                                         :
                                         :
              v.                         :
                                         :
                                         :
                                         :
THE COURT OF COMMON PLEAS OF             :
LEHIGH COUNTY & COURT                    :
ADMINISTRATOR, WILLIAM BERNDT,           :
                                         :
              Respondents                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Motion in Request of Counsel are **DENIED**.